NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SINY CORP.,**
*Appellant*

---

2018-1077

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86754400.

---

**O R D E R**

---

Before PROST, *Chief Judge,* LOURIE and STOLL, *Circuit Judges.*

PER CURIAM.

The United States Patent and Trademark Office filed a request to reissue the nonprecedential opinion in this case as a precedential opinion. The court grants the request and recalls the mandate of this court issued on March 7, 2019. The precedential opinion issues concurrently with this order. The clerk is directed to issue the mandate forthwith.

FOR THE COURT

April 10, 2019          /s/ Peter R. Marksteiner
     Date              Peter R. Marksteiner
                       Clerk of Court